# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON CATALDO, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-3689 |
| : | |
| WARREN COUNTY, PENNSYLVANIA, : | |
|  *et al.*, : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 21st day of July, 2025, upon consideration of Plaintiff Jason Cataldo's *pro se* Complaint (Doc. No. 2), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **ADD** Cataldo's last known address as 12140 Jackson Run Road, Sugar Grove, PA 16350,[1] **and** his email address, martyrofgod@tutamail.com, which is provided in his Motion to Proceed *In Forma Pauperis*. (Doc. No. 1 at 1.)

2. The Clerk of Court is **DIRECTED** to **TRANSFER** the above-captioned case to the United States District Court for the Western District of Pennsylvania.[2]

---

[1] Cataldo recently filed three civil cases in 25-2928, 25-2995, 25-2996, and he provides this address. Out of an abundance of caution, and based on the public records, the Court is adding this as a last known address. He is reminded that it is his responsibility to notify the Court of an updated address within two weeks of an address change and that failure to do so may result in him not receiving court orders, which could affect his rights. *See* Local Rule 5.1(b).

[2] Cataldo filed this lawsuit pursuant to 42 U.S.C. § 1983 against Defendants located in Warren County based on events that occurred there. (*See* Doc. No. 2.) As there is no apparent basis for venue in this district, the Court will transfer Cataldo's Complaint to the United States District Court for the Western District of Pennsylvania, where the events giving rise to Cataldo's claims occurred and where the Defendants are located. *See* 28 U.S.C. §§ 118(c), 1391(b) & 1406(a); *Lafferty v. St. Riel*, 495 F.3d 72, 74–75 & n.3 (3d Cir. 2007) (declining to disturb district court's *sua sponte* transfer under § 1406(a)); *Decker v. Dyson*, 165 F. App'x 951, 954 n.3 (3d Cir. 2006) (district court may *sua sponte* transfer case under § 1406(a)).

3.	The Motions to Proceed *In Forma Pauperis* (Doc. No. 1), Appoint Counsel (Doc. No. 3), for Preliminary Injunction (Doc. No. 4), and Reasonable Accommodations under the ADA (Doc. No. 5) shall be left to the discretion of the transferee court.

**BY THE COURT:**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**